UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 19-026224
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

MICHELLE MEDLER-MORAN, DEBTOR

Order Filed on December 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 19-25105-CMG

HEARING DATE: DECEMBER 18, 2019

JUDGE: HONORABLE CHRISTINE M GRAVELLE

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: December 16, 2019

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Marc C. Capone, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 927 Greenwood Drive, Spring Lake Hgts, NJ 07762.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $333.56; as evidenced in Secured Creditor's Proof of Claim 1-1 filed on August 21, 2019.

3. Debtor(s) agrees to incorporate this amount, $333.56, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $2,592.26.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on November 21, 2019; ECF Doc.:35.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/ Charles G. Wohlrab                                Date: 12/15/19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_[signature]_                                         Date: 12/15/19
Marc C. Capone, Esquire
Attorney for the Debtor