**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Loren L. Speziale, Esq.**
**Gross McGinley, LLP**
33 S. 7th Street, PO Box 4060
Allentown, PA  18105-4060
(610) 820-5450

Attorney for Creditor,
Santander Bank, N.A., f/k/a Sovereign Bank

IN RE:

MICHELLE MEDLER-MORAN
      DEBTOR

Order Filed on December 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter:  13

Case No.:  19-25105-CMG

Judge:  Hon. Christine M. Gravelle, U.S.B.J.

Hearing Date:  Dec. 18, 2019 at 10:00 AM

## CONSENT ORDER TO PAY
## PRE-PETITION ARREARS ON PROOF OF CLAIM FILED BY
## SANTANDER BANK, N.A., f/k/a SOVEREIGN BANK

The relief set forth on the following pages, number two (2) is hereby ORDERED.

**DATED: December 16, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

CONSENT ORDER TO PAY PRE-PETITION ARREARS LISTED ON PROOF OF CLAIM FILED BY SANTANDER BANK, N.A. f/k/a SOVEREIGN BANK

This matter having been brought before the Court by Marc C. Capone, Esq., attorney for the Debtor, Michelle Medler-Moran upon the filing of a Chapter 13 Plan, and Santander Bank, N.A., secured creditor who holds a mortgage on the Debtor's residential real property commonly known as 610 Ocean Road, Spring Lake Heights, New Jersey (the "Residence"), by and through its attorneys, Gross McGinley, LLP; the parties having agreed to resolve the payment of Santander Bank's pre-petition arrears through the Chapter 13 Plan; and the Court noting the consent of the Parties to the form, substance and entry of the within Order;

IT IS HEREBY ORDERED as follows:

1. That Santander Bank, N.A., has filed a secured Proof of Claim indicating pre-petition mortgage arrears totaling $43,272.75 (Claim No. 11).

2. That the Trustee is authorized to pay $43,272.75 on the secured arrearage claim of Santander Bank (Claim No. 11) in monthly installments over the life of the Plan.

3. This Consent Order shall be incorporated in and become part of any Order confirming the Plan.

We hereby consent to the form, substance and entry of the within order:

Dated: December 13, 2019         /s/LOREN L. SPEZIALE
                                 Loren L. Speziale, Esq.
                                 Attorney for Creditor
                                 Santander Bank, N.A. f/k/a Sovereign Bank


Dated: December 13, 2019         /s/MARC C. CAPONE
                                 Marc C. Capone, Esq.
                                 Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Michelle Medler- Moran  
    Debtor

Case No. 19-25105-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 16, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2019.  
db           +Michelle Medler- Moran,    610 Ocean Road,    Spring Lake, NJ 07762-1843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:

          Albert   Russo    docs@russotrustee.com  
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,  
           njbankruptcynotifications@logs.com  
          Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in its  
           individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,  
           jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com  
          Marc C Capone    on behalf of Debtor Michelle   Medler- Moran 5325@notices.nextchapterbk.com,  
           docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its  
           individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com  
          Robert   Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                          TOTAL: 8