Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–25105–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michelle Medler– Moran
610 Ocean Road
Spring Lake, NJ 07762

Social Security No.:
xxx–xx–4092

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:    2/5/20
Time:    12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C. Capone, Debtor's Attorney

COMMISSION OR FEES
Fees: $5,415.00

EXPENSES
$343.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 23, 2019
JAN:

                                                       Jeanne Naughton
                                                       Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                           Case No. 19-25105-CMG
Michelle Medler- Moran                                           Chapter 13
      Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Dec 23, 2019
                              Form ID: 137                Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db             +Michelle Medler- Moran,    610 Ocean Road,    Spring Lake, NJ 07762-1843
cr              Santander Bank, N.A.,    Gross McGinley, LLP,    c/o Loren L Speziale,    33 South Seventh Street,
                 PO Box 4060,    Allentown, PA 18105-4060
518391153      +Acb Receivables Mnmgt-Shore Psycholocy,    PO Box 350,    Asbury Park, NJ 07712-0350
518391156      +American Express,    PO Box 981540,    El Paso, TX 79998-1540
518391155       American Express,    PO Box 1270,    Asbury Park, NJ 07712
518478435       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518470350       American Express Travel Related Services Company,,    Inc.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern  PA 19355-0701
518391158      +Beckett & Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
518391159      +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
518391161      +Phelan Hallinan Diamond & Jones,    1617 JFK Blvd,    Suite 1400,    Philadelphia, PA 19103-1814
518510510      +Santander Bank, N.A.,    450 Penn Street,    10-421-MC3,    Reading, PA 19602-1011
518391162      +Santander Bk,    Po Box 12646,    Reading, PA 19612-2646
518623913       U.S. Bank Trust National Association, et al,    c/o Selene Finance L.P.,
                 Attn: Cashiering Dept.,    P.O. Box 71243,    Philadelphia, PA 19176-6243
518623914      +U.S. Bank Trust National Association, et al,    c/o Selene Finance L.P.,
                 Attn: Cashiering Dept.,    P.O. Box 71243,    Philadelphia, PA 19176-6243,
                 U.S. Bank Trust National Association, et 19176-624
518391165     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                 Frederick, MD 21701)
518391164       Wells Fargo Bank,    1000 Blue Gentian Rd,    Eagan, MN 55121-7700
518419598      +Wells Fargo Bank, N.A.,    Attention Payment Processing,    MAC# F2302-04C,    1 Home Campus,
                 Des Moines, IA 50328-0001
518445740       Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 24 2019 00:52:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 24 2019 00:52:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518501520       E-mail/Text: ally@ebn.phinsolutions.com Dec 24 2019 00:51:02      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
518391154      +E-mail/Text: ally@ebn.phinsolutions.com Dec 24 2019 00:51:02      Ally Financial,
                 200 Renaissance Ctr # B0,    Detroit, MI 48243-1300
518391160      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 24 2019 00:55:55      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
518510174       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 00:56:02      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518420971      +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:55:36      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518497706      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 24 2019 00:56:08      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518391163       Thomas A. Moran
518391157*     +American Express,    P.O. Box 981540,    El Paso, TX 79998-1540
518478436*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518490164*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
                                                                                               TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 23, 2019
                              Form ID: 137             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Loren L. Speziale    on behalf of Creditor   Santander Bank, N.A. lspeziale@grossmcginley.com,
               jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
              Marc C Capone    on behalf of Debtor Michelle   Medler- Moran 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8
```