| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC<br><br>Marc Capone, Esq.<br><br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>Phone #732-528-1166<br>Fax # 732-528-4458 | Order Filed on February 7, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Michelle Medler- Moran | Case No.:  19-25105 CMG<br><br>Chapter:  13<br><br>Judge:  Christine Gravelle |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 7, 2020**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $_____5,415.00_____ for services rendered and expenses in the amount of $_____343.00_____ for a total of $_____5,758.00_____. The allowance is payable:

☒ $___2,758.00___ through the Chapter 13 plan as an administrative priority.

☒ $___3,000.00___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/a___ months to allow for payment of the above fee.

*rev.8/1/15*