UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166

In Re:

Michelle Medler-Moran

Case No.:　　　　　19-25105

Judge:　　　Christine M Gravelle

Chapter:　　　　　13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.　　☒ Motion for Relief from the Automatic Stay filed by  Selene Finance/US Bank Trust , creditor,

A hearing has been scheduled for _____May 20, 2020_____, at __9:00am__.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.　　I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

I sent check no. 2053 in the amount of $1,470.05 to Selene Finance last week. I will be able to send another full mortgage payment of $1,363.44 next Friday, May 22. Due to the pandemic, I have been laid off from my job since March 17, 2020. My employer has indicated that the plan is for me to return to work sometime between May 15 and June 1. I would ask that the remaining arrears be placed into

☒ Other (**explain your answer**):

my Chapter 13 Plan. I will be able to resume making regular payments to Selene Finance starting June 2020.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 5/12/2020 

/s/ Michelle Medler-Moran
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*