UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michelle Medler- Moran

| | |
|---|---|
| Case No.: | 19-25105-CMG |
| Chapter: | 13 |
| Judge: | Gravelle |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 14, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  2/520 :

Property:    610 Ocean Road Spring Lake, NJ 07762

Creditor:    Selene Finance L.P.

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  5/5/20 , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by  _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  11/30/20 .

☐ The Loss Mitigation Period is terminated, effective  _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Michelle Medler- Moran  
    Debtor

Case No. 19-25105-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 14, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.  
db        +Michelle Medler- Moran,    610 Ocean Road,    Spring Lake, NJ 07762-1843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:

            Albert    Russo    docs@russotrustee.com  
            Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank Trust National Association,  
             ajennings@rasflaw.com  
            Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in its  
             individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            Elizabeth L. Wassall    on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com,  
             njbankruptcynotifications@logs.com  
            Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,  
             jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com  
            Marc C Capone    on behalf of Debtor Michelle  Medler- Moran ecf@gbclawgroup.com,  
             mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawg  
             roup.com;jgillman@ecf.courtdrive.com  
            Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its  
             individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com  
            Robert    Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                              TOTAL: 9