UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Loren L. Speziale, Esquire
Gross McGinley, LLP
33 S. 7th Street, PO Box 4060
Allentown, PA  18105-4060
(610) 820-5450
Attorney for Creditor,
Santander Bank, N.A.

Order Filed on June 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHELLE R. MEDLER MORAN,
                    DEBTOR

| | |
|---|---|
| Case No.: | 19-25105 |
| Judge: | Christine M. Gravelle |
| Hearing Date(s): | May 20, 2020 |
| Chapter: | 13 |

Recommended Local Form    ☒ Followed    ☐ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: June 3, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Applicant:                                  Santander Bank, N.A.
Applicant's Counsel:                 Loren L. Speziale, Esq.
Debtor's Counsel:                     Marc C. Capone
Property Involved ("Collateral"):     610 Ocean Road, Spring Lake, NJ 07762

Relief sought:
- ☒ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - ☒ The Debtor is overdue for __8__ months, from __October 2019__ to __May 2020__.

   - ☒ The Debtor is overdue for __8__ payments at $__Variable__ per month.

   - ☐ The Debtor is assessed for _____ late charges at $_____ per month.

   - ☒ Applicant acknowledges receipt of funds in the amount of $ __1,276.14__ received after the motion was filed.

   Total Arrearages Due  $_____5,413.67_____.

2. Debtor must cure all post-petition arrearages, as follows:

   - ☐ Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

   - ☒ Beginning on __June 21, 2020__, regular monthly mortgage payments shall continue to be made in the amount of $__variable__. The June 2020 Payment amount is $538.70

   - ☒ Beginning on __June 21, 2020__, additional monthly cure payments shall be made in the amount of $__601.52__ for __9__ months.

2

☐   The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐   Immediate payment:           _____

                                  _____

                                  _____

☒   Regular monthly payment:     Santander Bank, N.A.

                                  450 Penn Street, 10-421-CP2

                                  Reading, PA  19602

☒   Monthly cure payment:        Santander Bank, N.A.

                                  450 Penn Street, 10-421-CP2

                                  Reading, PA  19602

4. In the event of Default:

☒   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.  Award of Attorneys' Fees:

    ☒   The Applicant is awarded attorneys fees of $___1079.00___, and costs of $___181.00___.

        The fees and costs are payable:

        ☒   through the Chapter 13 plan.

        ☐   to the Secured Creditor within _____ days.

    ☐   Attorneys' fees are not awarded.

*rev.8/1/15*