UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Loren L. Speziale, Esquire
Gross McGinley, LLP
33 S. 7th Street, PO Box 4060
Allentown, PA  18105-4060
(610) 820-5450
Attorney for Creditor,
Santander Bank, N.A.

**Order Filed on June 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MICHELLE R. MEDLER MORAN,
                              DEBTOR

| | |
|---|---|
| Case No.: | 19-25105 |
| Judge: | Christine M. Gravelle |
| Hearing Date(s): | May 20, 2020 |
| Chapter: | 13 |

Recommended Local Form   ☒ Followed   ☐ Modified

# ORDER RESOLVING MOTION TO VACATE STAY
# AND/OR MOTION TO DISMISS
# WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: June 3, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Santander Bank, N.A. |
| Applicant's Counsel: | Loren L. Speziale, Esq. |
| Debtor's Counsel: | Marc C. Capone |
| Property Involved ("Collateral"): | 610 Ocean Road, Spring Lake, NJ 07762 |
| Relief sought: | ☒ Motion for relief from the automatic stay |
| | ☐ Motion to dismiss |
| | ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings |

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for __8__ months, from __October 2019__ to __May 2020__.

    ☒ The Debtor is overdue for __8__ payments at $__Variable__ per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    ☒ Applicant acknowledges receipt of funds in the amount of $ __1,276.14__ received after the motion was filed.

    Total Arrearages Due $_____5,413.67_____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☐ Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

    ☒ Beginning on __June 21, 2020__, regular monthly mortgage payments shall continue to be made in the amount of $__variable__. The June 2020 Payment amount is $538.70

    ☒ Beginning on __June 21, 2020__, additional monthly cure payments shall be made in the amount of $__601.52__ for __9__ months.

2

☐   The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐   Immediate payment:         _____

                                _____

                                _____

☒   Regular monthly payment:    Santander Bank, N.A._____

                                450 Penn Street, 10-421-CP2_____

                                Reading, PA  19602_____

☒   Monthly cure payment:       Santander Bank, N.A._____

                                450 Penn Street, 10-421-CP2_____

                                Reading, PA  19602_____

4. In the event of Default:

☒   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒   The Applicant is awarded attorneys fees of $___1079.00___, and costs of $___181.00___.

     The fees and costs are payable:

     ☒   through the Chapter 13 plan.

     ☐   to the Secured Creditor within _____ days.

☐   Attorneys' fees are not awarded.

*rev.8/1/15*

4

United States Bankruptcy Court
District of New Jersey

In re:  
Michelle Medler- Moran  
     Debtor

Case No. 19-25105-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: Jun 03, 2020 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.
db          +Michelle Medler- Moran,    610 Ocean Road,    Spring Lake, NJ 07762-1843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:
     Albert Russo    docs@russotrustee.com
     Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank Trust National Association, ajennings@rasflaw.com
     Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Elizabeth L. Wassall    on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com, njbankruptcynotifications@logs.com
     Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
     Marc C Capone    on behalf of Debtor Michelle  Medler- Moran ecf@gbclawgroup.com, mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com
     Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com
     Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 9