Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−25105−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle Medler– Moran
   610 Ocean Road
   Spring Lake, NJ 07762

Social Security No.:
   xxx−xx−4092

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       7/15/20
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Marc C. Capone, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,122.50

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 9, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-25105-CMG
Michelle Medler- Moran                                          Chapter 13
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0312-3        User: admin          Page 1 of 2          Date Rcvd: Jun 09, 2020
                           Form ID: 137          Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
db          +Michelle Medler- Moran,   610 Ocean Road,    Spring Lake, NJ 07762-1843
aty         +Phelan, Hallinan, Diamond & Jones, P.C.,    1617 JFK Boulevard,   Suite 1400,
              Philadelphia, PA 19103-1814
cr           Santander Bank, N.A.,   Gross McGinley, LLP,   c/o Loren L Speziale,   33 South Seventh Street,
              PO Box 4060,   Allentown, PA  18105-4060
cr          +U.S. Bank Trust National Association,   Robertson, Anschutz, Schneid & Crane LLC,
              10700 Abbott's Bridge Road, Suite 170,   Duluth, GA 30097-8461
lm         ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Bank, N.A.,   8480 Stagecoach Cirlce,
              Frederick, MD  21701)
518391153   +Acb Receivables Mnmgt-Shore Psycholcy,   PO Box 350,   Asbury Park, NJ 07712-0350
518391156   +American Express,   PO Box 981540,   El Paso, TX 79998-1540
518391155    American Express,   PO Box 1270,   Asbury Park, NJ 07712
518478435    American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
              Malvern PA 19355-0701
518470350    American Express Travel Related Services Company,   Inc.,   c/o Becket and Lee LLP,
              PO Box 3001,   Malvern PA 19355-0701
518391158   +Beckett & Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
518391161   +Phelan Hallinan Diamond & Jones,   1617 JFK Blvd,   Suite 1400,   Philadelphia, PA 19103-1814
518510510   +Santander Bank, N.A.,   450 Penn Street,   10-421-MC3,   Reading, PA 19602-1011
518391162   +Santander Bk,   Po Box 12646,   Reading, PA 19612-2646
518623913    U.S. Bank Trust National Association, et al,   c/o Selene Finance L.P.,
              Attn: Cashiering Dept.,   P.O. Box 71243,   Philadelphia, PA 19176-6243
518623914   +U.S. Bank Trust National Association, et al,   c/o Selene Finance L.P.,
              Attn: Cashiering Dept.,   P.O. Box 71243,   Philadelphia, PA 19176-6243,
              U.S. Bank Trust National Association, at 19176-624
518391164    Wells Fargo Bank,   1000 Blue Gentian Rd,   Eagan, MN  55121-7700
518419598   +Wells Fargo Bank, N.A.,   Attention Payment Processing,   MAC# F2302-04C,   1 Home Campus,
              Des Moines, IA 50328-0001
518445740    Wells Fargo Bank, N.A.,   Wells Fargo Bank, N.A.,   Default Document Processing,
              MAC# N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 09 2020 23:40:54    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 09 2020 23:40:53    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518501520    E-mail/Text: ally@ebn.phinsolutions.com Jun 09 2020 23:40:17    Ally Capital,   PO Box 130424,
              Roseville MN 55113-0004
518391154   +E-mail/Text: ally@ebn.phinsolutions.com Jun 09 2020 23:40:17    Ally Financial,
              200 Renaissance Ctr # B0,   Detroit, MI 48243-1300
518391160   +E-mail/PDF: creditonebknotifications@resurgent.com Jun 09 2020 23:43:14    Credit One Bank Na,
              Po Box 98875,   Las Vegas, NV 89193-8875
518391159    E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 09 2020 23:43:09    Chase Card Services,
              PO Box 15298,   Wilmington, DE 19050
518510174    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2020 23:43:15    LVNV Funding, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518420971   +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2020 23:43:07    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518497706   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 09 2020 23:43:58    Verizon,
              by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                        TOTAL: 9


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518391163    Thomas A. Moran
518391157+   +American Express,   P.O. Box 981540,   El Paso, TX 79998-1540
518478436*   American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
              Malvern  PA 19355-0701
518490164*   American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
              Malvern  PA 19355-0701
518391165*  ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
              Frederick, MD 21701)
                                                                      TOTALS: 1, * 4, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3        User: admin           Page 2 of 2              Date Rcvd: Jun 09, 2020
                           Form ID: 137           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Aleisha Candace Jennings   on behalf of Creditor   U.S. Bank Trust National Association,
          ajennings@rasflaw.com
          Denise E. Carlon   on behalf of Creditor   U.S. Bank Trust National Association, not in its
          individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Elizabeth L. Wassall   on behalf of Creditor   WELLS FARGO BANK, N.A. ewassall@logs.com,
          njbankruptcynotifications@logs.com
          Loren L. Speziale   on behalf of Creditor   Santander Bank, N.A. lspeziale@grossmcginley.com,
          jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
          Marc C Capone   on behalf of Debtor Michelle  Medler- Moran ecf@gbclawgroup.com,
          mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawg
          roup.com;jgillman@ecf.courtdrive.com
          Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank Trust National Association, not in its
          individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com
          Robert  Davidow   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 9
```