UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

**Order Filed on July 15, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Michelle Medler- Moran

Case No.:   19-25105 CMG

Chapter:    13

Judge:     Christine M. Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 15, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4827-8256-7615, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $_____2,122.50_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____2,122.50_____. The allowance is payable:

- ☒ $___2,122.50___ through the Chapter 13 plan as an administrative priority.
- ☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,261.00_____ per month for __49__ months to allow for payment of the above fee.

*rev.8/1/15*