UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

**Order Filed on July 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michelle Medler- Moran

Case No.:  19-25105 CMG

Chapter:  13

Judge:  Christine M. Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 15, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4827-8256-7615, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____2,122.50_____for services rendered and expenses in the amount of $_____0_____for a total of $_____2,122.50_____. The allowance is payable:

    ☒ $___2,122.50___ through the Chapter 13 plan as an administrative priority.

    ☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,261.00_____per month for ___49___months to allow for payment of the above fee.

*rev.8/1/15*

2

4827-8256-7615, v. 1

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                          Case No. 19-25105-CMG
Michelle Medler- Moran                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jul 15, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.
db             +Michelle Medler- Moran,    610 Ocean Road,    Spring Lake, NJ 07762-1843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank Trust National Association,
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,
               jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
              Marc C Capone    on behalf of Debtor Michelle  Medler- Moran ecf@gbclawgroup.com,
               mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawg
               roup.com;jgillman@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9