Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−25105−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle Medler− Moran
   610 Ocean Road
   Spring Lake, NJ 07762

Social Security No.:
   xxx−xx−4092

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/2/20 at 09:00 AM

to consider and act upon the following:

*85* − Creditor's Certification of Default (related document:76 Order on Motion For Relief From Stay) filed by Loren L. Speziale on behalf of Santander Bank, N.A.. Objection deadline is 08/20/2020. (Speziale, Loren)


Dated: 8/21/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court