Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−25105−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle Medler− Moran
   610 Ocean Road
   Spring Lake, NJ 07762

Social Security No.:
   xxx−xx−4092

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/2/20 at 09:00 AM

to consider and act upon the following:

*85* − Creditor's Certification of Default (related document:76 Order on Motion For Relief From Stay) filed by Loren L. Speziale on behalf of Santander Bank, N.A.. Objection deadline is 08/20/2020. (Speziale, Loren)

Dated: 8/21/20

                                Jeanne Naughton
                                Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                          Case No. 19-25105-CMG
Michelle Medler- Moran                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Aug 21, 2020
                      Form ID: ntchrgbk          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
db             +Michelle Medler- Moran,   610 Ocean Road,   Spring Lake, NJ 07762-1843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2020 at the address(es) listed below:
        Albert  Russo    docs@russotrustee.com
        Aleisha Candace Jennings    on behalf of Creditor   U.S. Bank Trust National Association, ajennings@rasflaw.com
        Denise E. Carlon    on behalf of Creditor   U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Elizabeth L. Wassall    on behalf of Creditor   WELLS FARGO BANK, N.A. ewassall@logs.com, njbankruptcynotifications@logs.com
        Loren L. Speziale    on behalf of Creditor   Santander Bank, N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
        Marc C Capone    on behalf of Debtor Michelle  Medler- Moran ecf@gbclawgroup.com, mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com
        Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com
        Robert  Davidow    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                              TOTAL: 9