Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−25105−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle Medler− Moran
   610 Ocean Road
   Spring Lake, NJ 07762

Social Security No.:
   xxx−xx−4092

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/19/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 19, 2020
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25105-CMG |
| Michelle Medler- Moran | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 19, 2020 | Form ID: 148 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle Medler- Moran, 610 Ocean Road, Spring Lake, NJ 07762-1843 |
| aty | + | Phelan, Hallinan, Diamond & Jones, P.C., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | | Santander Bank, N.A., Gross McGinley, LLP, c/o Loren L Speziale, 33 South Seventh Street, PO Box 4060 Allentown, PA 18105-4060 |
| cr | + | U.S. Bank Trust National Association,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518391153 | + | Acb Receivables Mnmgt-Shore Psycholocy, PO Box 350, Asbury Park, NJ 07712-0350 |
| 518391155 | | American Express, PO Box 1270, Asbury Park, NJ 07712 |
| 518391161 | + | Phelan Hallinan Diamond & Jones, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 518510510 | + | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 518391162 | + | Santander Bk, Po Box 12646, Reading, PA 19612-2646 |
| 518623913 | | U.S. Bank Trust National Association, et al, c/o Selene Finance L.P., Attn: Cashiering Dept., P.O. Box 71243, Philadelphia, PA 19176-6243 |
| 518623914 | + | U.S. Bank Trust National Association, et al, c/o Selene Finance L.P., Attn: Cashiering Dept., P.O. Box 71243, Philadelphia, PA 19176-6243 U.S. Bank Trust National Association, et 19176-624 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 19 2020 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 19 2020 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | EDI: WFFC.COM | Nov 20 2020 01:58:00 | Wells Fargo Bank, N.A., 8480 Stagecoach Cirlce, Frederick, MD 21701 |
| 518501520 | | EDI: GMACFS.COM | Nov 20 2020 01:58:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518391154 | + | EDI: GMACFS.COM | Nov 20 2020 01:58:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 518391156 | + | EDI: AMEREXPR.COM | Nov 20 2020 01:58:00 | American Express, PO Box 981540, El Paso, TX 79998-1540 |
| 518478435 | | EDI: BECKLEE.COM | Nov 20 2020 01:58:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518470350 | | EDI: BECKLEE.COM | Nov 20 2020 01:58:00 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518391158 | + | EDI: BL-BECKET.COM | Nov 20 2020 01:58:00 | Beckett & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 518391160 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 19 2020 23:57:45 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 518391159 | | EDI: JPMORGANCHASE | Nov 20 2020 01:58:00 | Chase Card Services, PO Box 15298, Wilmington, |

Case 19-25105-CMG    Doc 93    Filed 11/21/20    Entered 11/22/20 00:18:21    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: 148 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | DE 19050 |
| 518510174 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 23:59:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518420971 | + | EDI: RMSC.COM | Nov 20 2020 01:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518497706 | + | EDI: AIS.COM | Nov 20 2020 01:58:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518391165 | | EDI: WFFC.COM | Nov 20 2020 01:58:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 518391164 | | EDI: WFFC.COM | Nov 20 2020 01:58:00 | Wells Fargo Bank, 1000 Blue Gentian Rd, Eagan, MN 55121-7700 |
| 518419598 | + | EDI: WFFC.COM | Nov 20 2020 01:58:00 | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 518445740 | | EDI: WFFC.COM | Nov 20 2020 01:58:00 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518391163 | | Thomas A. Moran |
| 518391157 | *+ | American Express, P.O. Box 981540, El Paso, TX 79998-1540 |
| 518478436 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518490164 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 19, 2020 | Form ID: 148 | Total Noticed: 29 |

Aleisha Candace Jennings
    on behalf of Creditor U.S. Bank Trust National Association  ajennings@rasflaw.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com

Loren L. Speziale
    on behalf of Creditor Santander Bank  N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com

Marc C Capone
    on behalf of Debtor Michelle Medler- Moran ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com

Robert Davidow
    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10