Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−25105−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle Medler− Moran
   610 Ocean Road
   Spring Lake, NJ 07762

Social Security No.:
   xxx−xx−4092

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      1/6/21
Time:      12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Marc C. Capone, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,457.50

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
          creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 25, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 19-25105-CMG

Michelle Medler- Moran                                                      Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                      Page 1 of 3

Date Rcvd: Nov 25, 2020                    Form ID: 137                              Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Michelle Medler- Moran, 610 Ocean Road, Spring Lake, NJ 07762-1843 |
| aty | + | Phelan, Hallinan, Diamond & Jones, P.C., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | | Santander Bank, N.A., Gross McGinley, LLP, c/o Loren L Speziale, 33 South Seventh Street, PO Box 4060 Allentown, PA 18105-4060 |
| cr | + | U.S. Bank Trust National Association,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| lm | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Bank, N.A., 8480 Stagecoach Cirlce, Frederick, MD 21701 |
| 518391153 | + | Acb Receivables Mnmgt-Shore Psycholocy, PO Box 350, Asbury Park, NJ 07712-0350 |
| 518391156 | + | American Express, PO Box 981540, El Paso, TX 79998-1540 |
| 518391155 | | American Express, PO Box 1270, Asbury Park, NJ 07712 |
| 518478435 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518470350 | | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518391158 | + | Beckett & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 518391161 | + | Phelan Hallinan Diamond & Jones, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 518510510 | + | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 518391162 | + | Santander Bk, Po Box 12646, Reading, PA 19612-2646 |
| 518623913 | | U.S. Bank Trust National Association, et al, c/o Selene Finance L.P., Attn: Cashiering Dept., P.O. Box 71243, Philadelphia, PA 19176-6243 |
| 518623914 | + | U.S. Bank Trust National Association, et al, c/o Selene Finance L.P., Attn: Cashiering Dept., P.O. Box 71243, Philadelphia, PA 19176-6243 U.S. Bank Trust National Association, et al 19176-624 |
| 518391164 | | Wells Fargo Bank, 1000 Blue Gentian Rd, Eagan, MN 55121-7700 |
| 518419598 | + | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 518445740 | | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-7700 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 25 2020 23:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 25 2020 23:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518501520 | | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2020 23:15:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518391154 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2020 23:15:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 518391160 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 25 2020 23:42:21 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 518391159 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 25 2020 23:43:51 | Chase Card Services, PO Box 15298, Wilmington, DE 19050 |
| 518510174 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Nov 25, 2020 | Form ID: 137 | Total Noticed: 28

| | | Nov 25 2020 23:40:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518420971 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 25 2020 23:40:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518497706 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Nov 25 2020 23:40:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518391163 | | Thomas A. Moran |
| 518391157 | *+ | American Express, P.O. Box 981540, El Paso, TX 79998-1540 |
| 518478436 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518490164 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518391165 | *P++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203, address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association ajennings@rasflaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com |
| Loren L. Speziale | on behalf of Creditor Santander Bank N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com |
| Marc C Capone | on behalf of Debtor Michelle Medler- Moran ecf@gbclawgroup.com |

District/off: 0312-3

Date Rcvd: Nov 25, 2020

User: admin

Form ID: 137

Page 3 of 3

Total Noticed: 28

mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com

Robert Davidow

on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10