UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

 Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

**Order Filed on January 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michelle Medler- Moran

Case No.:    <u>19-25105 CMG</u>

Chapter:          13

Judge:      <u>Christine M. Gravelle</u>

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 7, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____1,457.50_____for services rendered and expenses in the amount of $_____0_____for a total of $_____1,457.50_____.  The allowance is payable:

⊠  $__1,457.50_____ through the Chapter 13 plan as an administrative priority.

⊠  $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____per month for ___n/a_____months to allow for payment of the above fee.

*rev.8/1/15*

2