UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

**Order Filed on January 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michelle Medler- Moran

Case No.:    19-25105 CMG

Chapter:    13

Judge:    Christine M. Gravelle

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 7, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4850-9900-2832, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc Capone _____ , the applicant, is allowed a fee of $_____ 1,457.50 _____ for services rendered and expenses in the amount of $_____ 0 _____ for a total of $_____ 1,457.50 _____ . The allowance is payable:

☒ $__1,457.50____ through the Chapter 13 plan as an administrative priority.

☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ n/a _____ per month for __n/a____ months to allow for payment of the above fee.

*rev.8/1/15*

2

4850-9900-2832, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-25105-CMG
Michelle Medler- Moran  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jan 07, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

**Recip ID    Recipient Name and Address**
db     +   Michelle Medler- Moran, 610 Ocean Road, Spring Lake, NJ 07762-1843

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Aleisha Candace Jennings
    on behalf of Creditor U.S. Bank Trust National Association  ajennings@raslg.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Loren L. Speziale

District/off: 0312-3    User: admin    Page 2 of 2
Date Rcvd: Jan 07, 2021    Form ID: pdf903    Total Noticed: 1

on behalf of Creditor Santander Bank  N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com

Marc C Capone

on behalf of Debtor Michelle Medler- Moran ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9